UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPHEN KELLY,

    Plaintiff,

v.                                    CASE NO. 3:13cv629/MCR/CJK

VERA G. KELLY,

    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 6, 2014. (Doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of the timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Plaintiff's motion for voluntary dismissal (doc. 13) is GRANTED and this cause is DISMISSED WITHOUT PREJUDICE.

    3.    The Clerk is directed to close this file.

    **DONE and ORDERED** this 3rd day of September, 2014.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**